AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Isgur, Marvin P. | 2. Court or Organization<br><br>United States Bankruptcy Court Southern District of Texas | 3. Date of Report<br><br>03/30/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>515 Rusk Street<br>Suite 4636<br>Houston, Texas 77002 |
|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Isgur, Marvin P.** | 03/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter International | A | Dividend | K | T | Buy (add'l) | 01/01/20 | J | | |
| 2. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 3. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 4. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 5. Becton Dickinson | A | Dividend | J | T | Buy (add'l) | 03/31/20 | J | | |
| 6. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 7. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 8. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 9. Boeing | A | Dividend | K | T | Buy (add'l) | 03/06/20 | J | | |
| 10. Cardinal Health | A | Dividend | K | T | Buy (add'l) | 01/15/20 | J | | |
| 11. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 12. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 13. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 14. Entergy | C | Dividend | L | T | Buy (add'l) | 03/02/20 | J | | |
| 15. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 16. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 17. | | | | | Buy (add'l) | 12/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Isgur, Marvin P.** | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Frontier Communications | | None | J | T | | | | | |
| 19. Johnson & Johnson | A | Dividend | K | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 20. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 22. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 23. Sempra Energy | C | Dividend | M | T | Buy<br>(add'l) | 01/15/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 25. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 26. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 27. Southern Co | C | Dividend | L | T | Buy<br>(add'l) | 03/06/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 29. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 30. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 31. Takeda Pharm | A | Dividend | J | T | Buy<br>(add'l) | 07/06/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 33. Verizon | C | Dividend | L | T | Buy<br>(add'l) | 02/03/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 37.  Vanguard Prime Money Market 1 | A | Dividend | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 45. | | | | | Sold | 09/01/20 | P1 | | |
| 46.  Vanguard Admiral Money Market I | A | Dividend | P1 | T | Buy | 09/02/20 | P1 | | |
| 47. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 51.  Vanguard 500 Index I | E | Dividend | P1 | T | Buy<br>(add'l) | 03/09/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 53. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 54. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 55. Vanguard Prime Money Market II | D | Dividend | | | Buy (add'l) | 01/31/20 | J | | |
| 56. | | | | | Sold (part) | 02/03/20 | K | | |
| 57. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 58. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 59. | | | | | Sold (part) | 04/07/20 | K | | |
| 60. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 61. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 62. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 63. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 64. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 65. | | | | | Sold | 09/01/20 | P1 | | |
| 66. Vanguard Admiral Money Market II | A | Dividend | P1 | T | Buy | 09/01/20 | P1 | | |
| 67. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 68. | | | | | Buy (add'l) | 10/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 70. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 71. Vanguard 500 Index Fund II | E | Dividend | P1 | T | Buy (add'l) | 03/09/20 | J | | |
| 72. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 73. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 74. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 75. Vanguard Temporary Admiralk Acct | B | Int./Div. | | | Buy | 04/07/20 | K | | |
| 76. | | | | | Sold | 04/16/20 | K | | |
| 77. Vanguard P{rime Money Market III | D | Dividend | | | Buy (add'l) | 01/08/20 | J | | |
| 78. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 79. | | | | | Buy (add'l) | 02/12/20 | J | | |
| 80. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 81. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 82. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 83. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 84. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 85. | | | | | Buy (add'l) | 05/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 87. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 88. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 89. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 90. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 91. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 92. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 93. | | | | | Sold | 09/01/20 | P1 | | |
| 94.   Vanguard Admiral Money Market III | D | Dividend | P1 | T | Buy | 09/01/20 | P1 | | |
| 95. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 96. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 97. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 98. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 99. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 100. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 101. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 102. | | | | | Buy (add'l) | 12/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Vanguard 500 Index Fund III | E | Dividend | P1 | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 09/28/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 116. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 119.  Bank of America Money Market | A | Dividend | M | T | Sold<br>(part) | 01/21/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/20/20 | J | | |
| 121. | | | | | Sold (part) | 03/11/20 | J | | |
| 122. | | | | | Sold (part) | 03/30/20 | J | | |
| 123. | | | | | Sold (part) | 04/20/20 | J | | |
| 124. | | | | | Sold (part) | 06/16/20 | J | | |
| 125. | | | | | Sold (part) | 06/30/20 | J | | |
| 126. | | | | | Sold (part) | 08/11/20 | J | | |
| 127. | | | | | Sold (part) | 08/13/20 | J | | |
| 128. | | | | | Sold (part) | 09/21/20 | J | | |
| 129. | | | | | Sold (part) | 10/20/20 | J | | |
| 130. | | | | | Sold (part) | 11/20/20 | J | | |
| 131. | | | | | Sold (part) | 12/21/20 | J | | |
| 132. | | | | | Buy (add'l) | 01/16/20 | J | | |
| 133. | | | | | Buy (add'l) | 01/17/20 | J | | |
| 134. | | | | | Buy (add'l) | 01/22/20 | J | | |
| 135. | | | | | Buy (add'l) | 01/23/20 | J | | |
| 136. | | | | | Buy (add'l) | 02/19/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 138. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 139. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 140. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 141. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 142. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 143. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 144. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 145. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 146. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 147. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 148. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 149. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 150. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 151. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 152. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 153. | | | | | Buy (add'l) | 07/22/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 155. | | | | | Buy (add'l) | 08/17/20 | J | | |
| 156. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 157. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 158. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 159. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 160. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 161. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 162. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 163. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 164. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 165. | | | | | Buy (add'l) | 12/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Isgur, Marvin P.** | 03/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marvin P. Isgur**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544